UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | MEHTA, RAMESH B | § | Case No. 10-45734 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>GLENN R. HEYMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 07/10/2012 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>06/08/2012</u>    By:    <u>/s/Glenn R. Heyman</u>
                                        Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MEHTA, RAMESH B § Case No. 10-45734
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,317.57 |
| *and approved disbursements of* | $ 239.02 |
| *leaving a balance on hand of* [1] | $ 10,078.55 |
| **Balance on hand:** | $ 10,078.55 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,078.55

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,781.76 | 0.00 | 1,781.76 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,205.00 | 0.00 | 2,205.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 12.76 | 0.00 | 12.76 |

Total to be paid for chapter 7 administration expenses: $ 3,999.52
Remaining balance: $ 6,079.03

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,079.03

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,079.03

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,870.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | 67,973.78 | 0.00 | 3,978.17 |
| 2 | Fifth Third Bank | 35,896.65 | 0.00 | 2,100.86 |

Total to be paid for timely general unsecured claims: $ 6,079.03
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/GLENN R. HEYMAN
　　　　　　　　　Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                    Case No. 10-45734-TAB
Ramesh B Mehta                                                            Chapter 7
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: mrahmoun              Page 1 of 2                 Date Rcvd: Jun 11, 2012
                               Form ID: pdf006             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2012.
db           +Ramesh B Mehta,    8870 N. Prospect,    Niles, IL 60714-1611
16267816     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16267818    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
18161769     +Fifth Third Bank,    9441 LBJ Freeway, suite 350,    Dallas, TX 75243-4652
17548544     +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
16267820      Illinois Department of Revenue,    C/O Bankruptcy Department,    100 West Randolph, Level 7 Rm 425,
               Chicago, IL 60601
16267822     +Linden Tree Lane Assocation,    4300 Lindenstree Lane,    Glenview, IL 60026-1224
16267823     +Pnc Card,   4661 East Main St,    Columbus, OH 43251-0001
16267824     +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
16267825    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16267817      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 12 2012 02:44:57      Discover Fin,   Pob 15316,
               Wilmington, DE 19850
16267821      E-mail/Text: cio.bncmail@irs.gov Jun 12 2012 01:04:38      Internal Revenue,
               CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,   Philadelphia, PA 19114-0326
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16267819*   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,     Fifth Third Center,    Cincinnati, OH 45263)
16267826*   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
16267827*   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
                                                                                              TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2012**           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mrahmoun              Page 2 of 2               Date Rcvd: Jun 11, 2012
                              Form ID: pdf006             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2012 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Cari A Kauffman    on behalf of Creditor   GMAC Mortgage, LLC as servicer for Wells Fargo Bank,
           N.A. as Trustee for Harborview Mortgage Loan Trust 2006-10 ND-Four@il.cslegal.com
          Chad M. Hayward    on behalf of Debtor Ramesh Mehta courtnotice@haywardlawoffices.com,
           ch@haywardlawoffices.com;jr@haywardlawoffices.com;jo@haywardlawoffices.com;ih@haywardlawoffices.c
           om
          Christopher M Brown    on behalf of Creditor   WELLS FARGO BANK northerndistrict@atty-pierce.com,
           cbrown@atty-pierce.com
          Glenn R Heyman    gheyman@craneheyman.com,
           il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
          Gloria C  Tsotsos    on behalf of Creditor   PNC Bank, National Association nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald J. Kapustka    on behalf of Creditor   Linden Tree Lane Homeowners Association
           ndaily@ksnlaw.com
                                                                                             TOTAL: 8
```