**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MEHTA, RAMESH B | § Case No. 10-45734 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,220,700.00          Assets Exempt: $221,600.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,079.03     Claims Discharged
                                               Without Payment: $98,700.40

Total Expenses of Administration: $4,238.54

---

3) Total gross receipts of $ 10,317.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,317.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,252,273.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,238.54 | 4,238.54 | 4,238.54 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 97,161.00 | 103,870.43 | 103,870.43 | 6,079.03 |
| **TOTAL DISBURSEMENTS** | $1,349,434.00 | $108,108.97 | $108,108.97 | $10,317.57 |

4) This case was originally filed under Chapter 7 on October 13, 2010. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/21/2012          By: /s/GLENN R. HEYMAN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Lexus RX330 with 84,000 miles | 1129-000 | 5,158.72 |
| Life Insurance Policy | 1229-000 | 5,158.72 |
| Interest Income | 1270-000 | 0.13 |
| **TOTAL GROSS RECEIPTS** | | **$10,317.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 487,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 121,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgag | 4110-000 | 125,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Mortgage | 4110-000 | 305,121.00 | N/A | N/A | 0.00 |
| NOTFILED | Pnc Card | 4110-000 | 98,327.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac Home Loans Servici | 4110-000 | 112,725.00 | N/A | N/A | 0.00 |
| NOTFILED | Linden Tree Lane Assocation | 4110-000 | 1,800.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,252,273.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,781.76 | 1,781.76 | 1,781.76 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,205.00 | 2,205.00 | 2,205.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 12.76 | 12.76 | 12.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.15 | 3.15 | 3.15 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.87 | 10.87 | 10.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,238.54 | 4,238.54 | 4,238.54 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Illinois Department of Revenue | 5800-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue | 5800-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank | 7100-000 | 62,356.00 | 67,973.78 | 67,973.78 | 3,978.17 |
| 2 | Fifth Third Bank | 7100-000 | 33,896.00 | 35,896.65 | 35,896.65 | 2,100.86 |
| NOTFILED | Discover Financial | 7100-000 | 909.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 97,161.00 | 103,870.43 | 103,870.43 | 6,079.03 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-45734  
**Case Name:** MEHTA, RAMESH B  

**Period Ending:** 08/21/12

**Trustee:** (330360)   GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 10/13/10 (f)  
**§341(a) Meeting Date:** 11/10/10  
**Claims Bar Date:** 07/26/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1581 Raymond, Unit 103, Naperville, IL<br>Orig. Asset Memo: Orig. Description: 1581 Raymond, zillow.com; Imported from original petition Doc# 1 | 118,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1581 Raymond, Unit 104, Naperville, IL<br>Orig. Asset Memo: Orig. Description: 1581 Raymond, zillow.com; Imported from original petition Doc# 1 | 118,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 1569 Raymond, Unit 104, Naperville, IL 60563<br>Orig. Asset Memo: Orig. Description: 1569 Raymond, zillow.com; Imported from original petition Doc# 1 | 100,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 4213 Lindentree Lane Glenview, IL 60026, zillow.<br>Orig. Asset Memo: Orig. Description: 4213 Lindentree Lane Glenview, IL 60026, zillow.com; Imported from original petition Doc# 1 | 390,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 440 N. Wabash, Chicago, IL<br>Orig. Asset Memo: Orig. Description: 440 N. Wabash, zillow.com; Imported from original petition Doc# 1 | 218,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account held by Chase<br>Orig. Asset Memo: Orig. Description: Checking account held by Chase; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account held by Citibank<br>Orig. Asset Memo: Orig. Description: Checking account held by Citibank; Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous Household Goods<br>Orig. Asset Memo: Orig. Description: Miscellanous Household Goods; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Clothes<br>Orig. Asset Memo: Orig. Description: Clothes; Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-45734  
**Case Name:** MEHTA, RAMESH B  

**Period Ending:** 08/21/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 10/13/10 (f)  
**§341(a) Meeting Date:** 11/10/10  
**Claims Bar Date:** 07/26/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 10 | 401K  Orig. Asset Memo: Orig. Description: 401K; Imported from original petition Doc# 1 | 215,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA  Orig. Asset Memo: Orig. Description: IRA; Imported from original petition Doc# 1 | 60,000.00 | 60,000.00 | DA | 0.00 | FA |
| 12 | 2004 Lexus RX330 with 84,000 miles  Orig. Asset Memo: Orig. Description: 2004 Lexus RX330 with 84,000; Imported from original petition Doc# 1 | 14,000.00 | 9,100.00 | | 5,158.72 | FA |
| 13 | Life Insurance Policy  (u) | Unknown | 5,317.44 | | 5,158.72 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.13 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$1,234,700.00** | **$74,417.44** | | **$10,317.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/2011: Settlement on RTI of auto and insurance.  Paying monthly installments.  
05/09/2012: Final Report delivered to USTO (dk)  
06/08/12: Final hearing set for July (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012    **Current Projected Date Of Final Report (TFR):**   May 10, 2012  (Actual)

Printed: 08/21/2012 11:46 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-45734 | | Trustee: | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| Case Name: | MEHTA, RAMESH B | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******72-65 - Checking Account |
| Taxpayer ID #: | **-***5096 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/21/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/02/11 | | Ramesh Mehta | Payment no. 1 of settlement on vehicle and insurance policy | | | 1,000.00 | | 1,000.00 |
| | {12} | | Settlement payment on auto | 500.00 | 1129-000 | | | 1,000.00 |
| | {13} | | Settlement payment on CSV of insurance | 500.00 | 1229-000 | | | 1,000.00 |
| 07/05/11 | | Ramesh Mehta | Payment no. 2 of settlement on vehicle and insurance policy | | | 1,000.00 | | 2,000.00 |
| | {12} | | Payment on auto settlement | 500.00 | 1129-000 | | | 2,000.00 |
| | {13} | | Settlement payment on CSV of insurance | 500.00 | 1229-000 | | | 2,000.00 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 3.15 | 1,996.85 |
| 08/03/11 | | Ramesh Mehta | Payment no. 3 of settlement on vehicle and insurance policy | | | 1,000.00 | | 2,996.85 |
| | {12} | | Settlement payment on auto | 500.00 | 1129-000 | | | 2,996.85 |
| | {13} | | Settlement payment on CSV of insurance | 500.00 | 1229-000 | | | 2,996.85 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,971.85 |
| 09/06/11 | | Ramesh Mehta | Payment no. 3 of settlement on vehicle and insurance policy | | | 1,000.00 | | 3,971.85 |
| | {12} | | Settlement payment on auto | 500.00 | 1129-000 | | | 3,971.85 |
| | {13} | | Settlement payment CSV of insurance | 500.00 | 1229-000 | | | 3,971.85 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 3,946.85 |
| 10/04/11 | | Ramesh B. Mehta | Settlement proceeds | | | 1,000.00 | | 4,946.85 |
| | {12} | | | 500.00 | 1129-000 | | | 4,946.85 |
| | {13} | | | 500.00 | 1229-000 | | | 4,946.85 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.01 | | 4,946.86 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 4,921.86 |
| 11/04/11 | | CHASE | Settlement proceeds | | | 1,000.00 | | 5,921.86 |
| | {12} | | | 500.00 | 1129-000 | | | 5,921.86 |
| | {13} | | | 500.00 | 1229-000 | | | 5,921.86 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.03 | | 5,921.89 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 5,896.89 |
| 12/05/11 | | Ramesh Mehta | Payment no. 6 of settlement on vehicle and | | | 1,000.00 | | 6,896.89 |

Subtotals :    $7,000.04    $103.15

{} Asset reference(s)    Printed: 08/21/2012 11:46 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-45734  
**Case Name:** MEHTA, RAMESH B  
**Taxpayer ID #:** **-***5096  
**Period Ending:** 08/21/12  

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | insurance policy | | | | |
| | {12} | | Settlement payment on auto  500.00 | 1129-000 | | | 6,896.89 |
| | {13} | | Settlement payment on CSV for insurance  500.00 | 1229-000 | | | 6,896.89 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,896.93 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,871.93 |
| 01/03/12 | | Ramesh Mehta | Payment no. 7 of settlement on vehicle and insurance policy | | 1,000.00 | | 7,871.93 |
| | {12} | | SEttlement payment on auto  500.00 | 1129-000 | | | 7,871.93 |
| | {13} | | Settlement payment on CSV for insurance  500.00 | 1229-000 | | | 7,871.93 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,871.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,846.98 |
| 02/07/12 | | Ramesh Mehta | Payment no. 9 of settlement on vehicle and insurance policy | | 1,000.00 | | 8,846.98 |
| | {12} | | Settlement payment on auto  500.00 | 1129-000 | | | 8,846.98 |
| | {13} | | Settlement payment on CSV for insurance  500.00 | 1229-000 | | | 8,846.98 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-45734, Blanket Bond Payment Bond#016026455 | 2300-000 | | 10.87 | 8,836.11 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,811.11 |
| 03/02/12 | | Ramesh Mehta | Last Payment of settlement on vehicle and insurance policy | | 1,317.44 | | 10,128.55 |
| | {12} | | Settlement on automobile  658.72 | 1129-000 | | | 10,128.55 |
| | {13} | | Settlement payment on CSV for insurance  658.72 | 1229-000 | | | 10,128.55 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,103.55 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,078.55 |
| 07/10/12 | 1002 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,781.76, Trustee Compensation; Reference: | 2100-000 | | 1,781.76 | 8,296.79 |
| 07/10/12 | 1003 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,205.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,205.00 | 6,091.79 |

Subtotals :  $3,317.53    $4,122.63

{} Asset reference(s)

Printed: 08/21/2012 11:46 AM    V.12.57

Case 10-45734  Doc 48  Filed 08/22/12  Entered 08/22/12 14:58:59  Desc Main
Document  Page 10 of 10

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-45734  
**Case Name:** MEHTA, RAMESH B  

**Taxpayer ID #:** **-***5096  
**Period Ending:** 08/21/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/10/12 | 1004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $12.76, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 12.76 | 6,079.03 |
| 07/10/12 | 1005 | Fifth Third Bank | Dividend paid   5.85% on $67,973.78; Claim# 1; Filed: $67,973.78; xxxx8728 | 7100-000 | | 3,978.17 | 2,100.86 |
| 07/10/12 | 1006 | Fifth Third Bank | Dividend paid   5.85% on $35,896.65; Claim# 2; Filed: $35,896.65; Acct xxxx8127 | 7100-000 | | 2,100.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,317.57 | 10,317.57 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,317.57 | 10,317.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $10,317.57 | $10,317.57 | |

Net Receipts :  10,317.57  
Net Estate :  $10,317.57

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******72-65** | 10,317.57 | 10,317.57 | 0.00 |
| | $10,317.57 | $10,317.57 | $0.00 |

{} Asset reference(s)

Printed: 08/21/2012 11:46 AM    V.12.57